IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GAGE MOORE,[1] | § | |
| | § | No. 291, 2022 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | File No. CN20-01144 |
| ASHLEY MOORE, | § | Petition No. 22-02666 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted:  November 18, 2022
Decided:    December 8, 2022

## **ORDER**

It appears to the Court that, on October 10, 2022, the Court denied the appellant's motion to proceed *in forma pauperis*. The Senior Court Clerk directed the appellant to pay the filing fee by October 25, 2022, and warned him that a notice to show cause would issue if he did not pay the filing fee. After the appellant failed to pay the filing fee, the Chief Deputy Clerk issued a notice, by certified mail on November 2, 2022, directing the appellant to show cause why his appeal should not be dismissed for his failure to pay the filing fee. Postal records show that the notice to show cause was delivered on November 7, 2022. A timely response to the notice to show cause was due by November 17, 2022. To date, the appellant has not paid

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

the filing fee or responded to the notice to show cause.  Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/Gary F. Traynor*
Justice